E. STERLING CARTER, as Administrator with the Will Annexed of ROBERT E. CARTER, Deceased, et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Peck, P. J., and Callahan, J., dissent upon the ground that the abandonment of the use specified in the deed had either actually occurred or was imminent and inevitable at the time of the taking in condemnation. The breach of the condition subsequent in the deed was not the consequence of the condemnation, but the result of administrative mandates having the force of law effective as of dates antecedent to the proceedings in condemnation. We are of the opinion that under the circumstances the defendant is not entitled to more than a nominal part of the award, and the plaintiffs are entitled to the remainder. Accordingly, we vote to reverse the judgment appealed from and grant judgment for the plaintiffs to the extent indicated.

In the Matter of the Probate of the Will of FRANK C. CALLAHAN, Deceased. STEPHEN K. SULLIVAN, as Executor of FRANK C. CALLAHAN, Deceased, Appellant; WILLIAM CALLAHAN, Respondent.— We find no convincing showing in petitioner's [respondent's] moving papers or in the evidence taken that petitioner was misled into not interposing timely objections to the probate of the will. We might be persuaded on the Surrogate's finding, however, to affirm the order vacating the decree of probate and permitting petitioner to interpose objections, were there any satisfactory showing of a substantial basis for contesting the will and reasonable probability of success. There is no such showing in this case which would justify opening the decree admitting the will to probate. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the application denied and the matter remitted to the Surrogate of the county of New York for further action in accordance with this memorandum. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of EAST RIVER DRIVE, and Approaches Thereto, in the Borough of Manhattan. GUY CARY et al., as Ancillary Executors of ROBERT W. GOELET, et al., Respondents-Appellants; GEORGE V. R. J. INNES-KER, Respondent.— Supplemental and amended final decree unanimously affirmed, with costs to the respondent, George Victor Robert John Innes-Ker, Duke of Roxburghe, against the City of New York. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of SAMUEL ROTHENBERG, as Secretary of PICTURE FRAME WORKERS UNION, LOCAL 18465, A. F. of L., Appellant, against WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 964.]

BRYANT PARK BUILDING, INC., Respondent, v. KATHERINE B. WHITE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of THOMAS MACCARROL, Appellant, against CITY OF NEW YORK, Respondent.— On the facts of this case, we think that leave to serve a notice of claim should have been granted. Order denying petitioner's [appellant's] motion for leave unanimously reversed, with $20 costs and disbursements to the appellant and the motion granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.